UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN THE MATTER OF:

CARL DEAN CAIN
SSN: xxx-xx-3251

CASE NUMBER:    06-31978
CHAPTER 13

MARY ANN CAIN
SSN: xxx-xx-5106
Debtor

---

**NOTICE TO MEDICAL DIAGNOSTIC SERVICES, C/O LAFAYETTE ACCOUNTS SERVICE, INC. THAT $0.01 HAS BEEN DEPOSITED INTO THE COURT'S UNCLAIMED FUND ACCOUNT IN TREASURY FUND #6047BK**

---

Comes now Debra L. Miller, Standing Chapter 13 Trustee, and gives notice to Medical Diagnostic Services, c/o Lafayette Accounts Service, Inc., creditor herein, and deposits $4.66 into the Court Clerk's Unclaimed Funds Account in Treasury Account #6047BK.

1. That the last known address for Medical Diagnostic Services, c/o Lafayette Accounts Service, Inc., was:

    P. O. Box 1068
    Lafayette, IN 47902

2. That the creditor did not cash the Trustee's disbursement check number 659150 dated February 10, 2010, in the amount of $0.01, and it has been voided.

3. That this case was dismissed December 21, 2009, and is closed.

4. That any objections to said Deposit should be made in writing with the Court Clerk.

Dated:   July 19, 2010

/s/ Debra L. Miller,
Debra L. Miller, Trustee
P.O. Box 11550
South Bend, IN 46634
(574) 251-1493

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Notice was served as follows on   July 19, 2010

By U.S. Mail postage prepaid
Debtor: Dean and Mary Cain, 1913 High Street, Logansport, IN 46947
Creditor:  Medical Diagnostic Services, c/o Lafayette Accounts Service, Inc., P. O. Box 1068, Lafayette, IN 47902

By electronic mail via CM/ECF:
Debtors' Attorneys:  James Tamke, Rachel Kidd
U.S. Trustee:  ustregion10.so.efc@usdoj.gov

/s/ Harriette M. King
Harriette M. King